IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEX C. SILVA | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:06CV01033 |
| | ) | |
| v. | ) | Judge: Rosemary M. Collyer |
| | ) | |
| JOHN MORRISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Defendants John Morrison and Alyse Baier Morrison, by their undersigned counsel, acting pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, request an enlargement of time until August 4, 2006 to respond to Plaintiff's Complaint in this matter. In support of their request, Defendants show as follows:

1. They received service of the Complaint in this matter on or about July 7, 2006. Their initial response to the Complaint would accordingly be due on or about July 28, 2006.

2. They reside in Atlanta, Georgia. It took them a number of days of searching to locate their present undersigned counsel, who Mrs. Morrison had known many years previously but who had moved his office and whose name was apparently not available in yellow page listings in the District of Columbia telephone directory.

3. On July 18, 2006 Defendants formally engaged their undersigned counsel to represent them in this matter.

4. Undersigned counsel requires a modest amount of additional time in order to properly investigate, and research the legal issues raised by, the allegations in the Complaint. It

is for that reason that Defendants are requesting an enlargement until August 4, 2006 to respond to the Complaint.

Upon initially being contacted by Defendants, undersigned counsel called Plaintiff's counsel and left a telephone voice message advising that he would likely be acting as Defendants' counsel, and requesting that Plaintiff's counsel return his call. The next day, on July 18, 2006, Defendants' undersigned counsel sent Plaintiff's counsel a letter by fax concerning an enlargement of time to respond to Plaintiff's Complaint; and further requesting a copy of any written agreement between the parties that served as the basis for Plaintiff's claims. Plaintiff's counsel has not responded to either that telephone call or that letter.

## POINTS AND AUTHORITIES

Rule 6(b), Federal Rules of Civil Procedure.

Respectfully submitted,

GARVEY SCHUBERT BARER

By: _____
Jeffrey L. Squires
D.C. Bar #185827
1000 Potomac Street, NW
Fifth Floor.
Washington, DC  20007
(202) 965-7381
(202) 965-1729 (fax)

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:06CV01033 |
| ) | |
| v. ) | Judge: Rosemary M. Collyer |
| ) | |
| JOHN MORRISON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME**

This Court having considered the Motion of Defendants for an Enlargement of Time in which to file their initial response to Plaintiff's Complaint in this matter, and any opposition thereto, and finding that good cause exists for permitting an enlargement of time as requested by Defendants, it is this ____ day of _____, 2006 hereby

ORDERED that Defendants' motion be, and hereby is, granted; and it is further

ORDERED that Defendants shall have until August 4, 2006 to answer or otherwise plead in response to Plaintiff's Complaint herein.

_____
Judge Rosemary M. Collyer
United States District Judge

Copies to:

Jeffrey L. Squires, Esq.
Garvey Schubert Barer
1000 Potomac Street, NW
Fifth Floor
Washington, DC  20007

Athan T. Tsimpedes, Esq.
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, NW, 7th Floor
Washington, DC  20005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:06CV01033 |
| ) | |
| v. ) | Judge: Rosemary M. Collyer |
| ) | |
| JOHN MORRISON, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendants' Motion for Enlargement of Time to Respond to Complaint was sent by U.S. mail, postage prepaid, this 21st day of July, 2006 to:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 1420 New York Avenue, NW, 7th Floor
> Washington, DC 20005

_____
Jeffrey L. Squires, Esq.

DC_DOCS:654491.1 [22126-00100]