IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEX C. SILVA                              :
                                           :
    Plaintiff,                         :
                                           :
                                           :
v                                          :    Case No. 1:06CV01033 (RMC)
                                           :
JOHN MORRISON, *et al.*                    :
                                           :
    Defendant                          :
                                           :

### CONSENT MOTION AND ORDER FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff, Alex C. Silva, ("Silva") by and through undersigned counsel, Pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby respectfully moves this court to enlarge the time in which Silva may file Oppositions in response to Defendants, John Morrison and Alyse Lucas Corcoran, ("Alice Morrison") Motions to Dismiss, until September 5, 2006. Counsel for Silva represents that counsel for Defendants consents to this extension and authorizes such a representation to this Court; and

IT APPEARING TO THE COURT that Plaintiff requires additional time to submit his Oppositions to Defendants' Motions to Dismiss; it is therefore

ORDERED that Plaintiff shall have until September 5, 2006 to file his Oppositions to Defendants' Motions to Dismiss.

    ENTERED this _____ day of _____ 2006.

_____
United States District Court Judge

WE ASK FOR THIS;

By Counsel

ALEX C. SILVA

By: _____/s/_____
Athan T. Tsimpedes, Esq.
Law Offices of Athan T. Tsimpedes
7th Floor
1420 New York Avenue, NW
Washington. D.C. 20005
202-638-2100
*Counsel for Plaintiff.*

JOHN MORRISON and ALYSE LUCAS COROCORAN

By: _____/s/_____
Jeffrey L. Squires
Garvey Schubert Barer
1000 Potomac Street, NW
Fifth Floor
Washington, DC 20007
202-965-7381
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on his 11th day of August 2006, a filed and correct copy of the foregoing document was sent by U.S. mail, first class, postage prepaid, and electronic mail on:

Jeffrey L. Squires
Garvey Schubert Barer
1000 Potomac Street, NW
Fifth Floor
Washington, DC 20007

_____/s/_____
Athan T. Tsimpedes