UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA )<br>)<br>    Plaintiff )<br>v. )<br>)<br>JOHN MORRISON, et al. )<br>)<br>    Defendants )<br>_____) | Civil Action No. 1:06-cv-1033(RMC) |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS[1]

Plaintiff, Alex C. Silva, submits its opposition[2] to Defendants', John Morrison and Alyse Morrison (Alyse Lucas Corcoran) Motions to Dismiss. In support, Plaintiff submits its accompanying Memorandum of Points and Authorities and states the following but not limited reasons:

1. Plaintiff's business relationship with Defendants as a tenant is separate and apart from the business relationship/ agreement between Plaintiff as the master lease holder and tenants he procured for his benefit.

2. Defendants' converted property, leases between plaintiff and third party tenants, for an unjust benefit.

3. Defendants affidavits are alone sufficient to establish the existence of an agreement between Plaintiff and Defendants.

---

[1] Plaintiff was having trouble with his scanner and apologizes for the delay and untimely submission of a few minutes in filing this Opposition. It was too late in the evening to contact Defendants' attorney and will do so in the morning and inform him of the late filing.

[2] Plaintiff is submitting one Opposition as Defendant Alyce Morrison and John Morrison have basically identical arguments.

4. Plaintiff has sufficiently pled all causes of action in its Complaint.

5. Defendants have failed to comply with the Federal Rules of civil Procedure and their motion should not be converted to Summary Judgment when they have failed to include a Statement of Material Facts Not in Dispute.

6. There is no dispute that Plaintiff made repairs and procured tenants in the building owned by Defendants.

7. Whether or not Defendant John Morrison has any ownership interest in the property is immaterial to the analysis that support a legal remedy as to both Defendants, jointly or individually, for their wrongful conduct toward Plaintiff as alleged in the Complaint.

8. Partial or full performance of a contract removes the requirements of the Statute of Frauds requirement for a writing to be executed between Plaintiff and Defendants.

9. Defendants' were agents for each other and the acts done towards Plaintiff as alleged by Plaintiff furthered Defendants common goal and benefited each other.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
DC Bar No. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
Attorney for Alex C. Silva