IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA, ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:06CV01033 |
| ) | |
| v. ) | Judge: Rosemary M. Collyer |
| ) | |
| JOHN MORRISON, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF ALYSE LUCAS CORCORAN

Alyse Lucas Corcoran declares and states as follows:

1. I am an adult resident of Atlanta, Georgia. I am referred to by Plaintiff Alex Silva as Alice Morrison in the Complaint he filed in this case; but my correct name, by which I was and have been known during the period described in his Complaint, is Alyse Lucas Corcoran. I presently reside with John Morrison, my husband of 13 years, at 1632 Ponce De Leon Avenue, NE, Atlanta, Georgia 30307. I make this Declaration of my own knowledge.

2. I am the sole owner of a certain house located at 3400 N Street, NW in Washington, D.C. I owned that house long before I married my present husband, John Morrison, approximately 13 years ago. He has never had any ownership interest in that house. I originally acquired that house with a tenant in common, Jesse Hill, Jr., a friend of many years, who joined me on the Deed for the sole purpose of enabling me, a divorced mother of three, to obtain financing. Mr. Hill later deeded his interest in the house to me. A copy of his Deed to me, in my previous married name Alyse Lucas Corcoran Baier, which was given to me without consideration in recognition that I had always been the sole owner of all equity in the house, is attached hereto

3. Several years ago Alex Silva proposed to me the possibility that he would make certain repairs to that house, and we discussed a rather complex arrangement by which he would live in the house, make certain repairs to the house, and have certain rights to rent a portion of the house to others. No agreement concerning a five-year Master Lease was ever made, written or executed in furtherance of such an arrangement. When Mr. Silva failed to perform certain services we had discussed we mutually terminated our dealings concerning the house.

I declare this 27th day of July, 2006, under penalty of perjury, that the foregoing is to the best of my knowledge true and correct.

Alyse Lucas Corcoran

DC_DOCS:654638.1 [22126-00100]

-2-

Case 1:06-cv-01033-RMC   Document 7-4   Filed 09/06/2006   Page 3 of 4
Case 1:06-cv-01033-RMC   Document 4   Filed 07/31/2006   Page 16 of 17
JUL-25-2006 11:34A FROM:BRENDA COBB   4046070525   TO:12029651729   P.3/5

## DEED WITHOUT CONSIDERATION

Whereas, Jesse Hill, Jr. and Alyse Lucas Corcoran Baier are Tenants in Common in the below described property; and

Whereas, said Jesse Hill, Jr. withes to transfer his interest in the property to Alyse Lucas Corcoran Baier without consideration;

**NOW THEREFORE** This Deed Made this ___ day of _____, by and between Jesse Hill, Jr. married and joined by his wife Azira Hill for the purpose of renouncing her dower party of the first part, and, a married woman, party of the second part:

Witnesseth, that in consideration of -0- Dollars the party of the first part does hereby grant unto the party of the second part in fee simple, all that lot, piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:
All that property now known for assessment and taxation purposes as Lot numbered Eight hundred thirty-three [833] in square numbered Twelve hundred twenty-one [1221]
Being the same property that was transferred by deed dated 8-14-85 and recorded among the land records of the District of Columbia on 8-20-85 as instrument numbered 30460.

And the said party of the first part covenants that he will warrant specially the property hereby conveyed; and that he will execute such further assurances of said land as may be requisite, subject to all outstanding encumbrances..

Witness my hand and seal the day and year hereinbefore written.

IN PRESENCE OF--

_____    _____ [SEAL]
                          Jesse Hill, Jr.

_____    _____ [SEAL]
                          Azira Hill, his wife, for the purpose
                          of relinquishing all Dower rights in and to
                          the above described property

State of
County of,                to wit:


C:\BM-WORK\4095DEED.WPD

                                         MAGAZINE & HILLMAN, P.C.
                                              ATTORNEYS AT LAW
                                                301-340-8300

Case 1:06-cv-01033-RMC    Document 7-4    Filed 09/06/2006    Page 4 of 4
Case 1:06-cv-01033-RMC    Document 4    Filed 07/31/2006    Page 17 of 17
JUL-25-2006 11:35A FROM:BRENDA COBB    4046070525    TO:12029651725    P.4/5

I, Jane M. Crewic, a notary public in and for the state and county above, do hereby certify that Jesse Hill, Jr., the grantor in, and who personally well known to me to be the person who executed the aforegoing and annexed Deed, bearing date Jan 18, 2000, personally appeared before me in the said State and County and acknowledged the said Deed to be his act and deed.

Given under my hand this 18th day of Jan, 2000.

*Jane M. Crewic*
Notary Public    My Commission Expires
                 18th September 2008

State of Georgia
County of Morgan, to wit:

I, Jane M. Crewic, a notary public in and for the state and county above, do hereby certify that Azira Hill, the wife of the grantor in, and who personally well known to me to be the person who executed the aforegoing and annexed Deed, bearing date Jan 12, 2000, personally appeared before me in the said State and County and acknowledged the said Deed to be her act and deed.

Given under my hand this 18th day of Jan, 2000.

*Jane M. Crewic*
Notary Public    My Commission Expires
                 18th September 2008

C:\BM-WORK\4095DEED.WPD

MAGAZINE & HILLMAN, P.C.
ATTORNEYS AT LAW
301-340-8300