UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEX C. SILVA                              )
                                           )    Civil Action No.  1:06-cv-1033(RMC)
                                           )
          Plaintiff                        )
                                           )
v.                                         )
                                           )
JOHN MORRISON, et al.                      )
                                           )
          Defendants                       )
_____)        ORDER


Upon consideration of Defendants' Motions to Dismiss and Plaintiff's Opposition thereto, it is this _____ day of _____, 2006, hereby DENIED; and it is further

ORDERED that Defendants' Motions to Dismiss in their entirety are hereby DENIED.


_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA


Dated:              , 2006


cc:
        Athan T. Tsimpedes
        1420 New York Avenue, NW
        7th Floor
        Washington, DC 20005
        Attorney for Plaintiff

        Jeffrey L. Squires
        1000 Potomac Street, NW
        Fifth Floor
        Washington, DC 20007
        Attorney for Defendants