IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN MORRISON, et al.,<br><br>   Defendants. | Case Number: 1:06CV01033<br><br>Judge: Rosemary M. Collyer |

## MOTION OF DEFENDANTS' COUNSEL TO WITHDRAW

Jeffrey L. Squires, counsel for Defendants John Morrison and Alyse Lucas Corcoran, acting pursuant to local Rule 83.6 of this Court, hereby moves to withdraw his appearance. No trial date has yet been set in this proceeding. Undersigned counsel represents that Defendants consent to his withdrawal, as evidenced by their signatures set forth below. Counsel further represents that the trial date has not yet been set; discovery has not yet commenced; and his withdrawal will not unduly delay trial of the case or unfairly prejudice any party, or be contrary to the interests of justice.

Respectfully submitted,

GARVEY SCHUBERT BARER

By: _____
Jeffrey L. Squires
DC Bar No. 185827
1000 Potomac Street, N.W.
Fifth Floor
Washington, DC 20007
(202) 965-7381
(202) 965-1729 (fax)

## POINTS AND AUTHORITIES

Undersigned counsel relies on the following authorities in support of his motion:

Rule 12 of the Federal Rules of Civil Procedure.

Local Rule 83.6 of the Rules of the United States District Court for the District of Columbia.

                              Respectfully submitted,

                              GARVEY SCHUBERT BARER

By: _____
                              Jeffrey L. Squires, #185827
                              1000 Potomac Street, N.W.
                              Fifth Floor
                              Washington, DC 20007
                              (202) 965-7381
                              (202) 965-1729 (fax)

CONSENT:

_____
John Morrison

_____
Alyse Lucas Corcoran (named in
Plaintiff's Complaint as Alyse Morrison)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:06CV01033 |
| ) | |
| v. ) | Judge: Rosemary M. Collyer |
| ) | |
| JOHN MORRISON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Defendants' Counsel to Withdraw was sent by U.S. mail, postage prepaid, this 19th day of March, 2007 to:

> Athan T. Tsimpedes, Esq.
> 1420 New York Avenue, N.W.
> Seventh Floor
> Washington, DC 20005
>
> John Morrison
> Alyse Lucas Corcoran
> 1632 Ponce de Leon Avenue, NE
> Atlanta, Georgia 30307

Undersigned counsel represents that he has previously provided Defendants other notice, and is hereby providing Defendants notice, advising them that they should obtain other counsel or conduct the defense of their case pro se.

_____
Jeffrey L. Squires

DC_DOCS:662259.1