IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MORRISON, et al., <br><br> Defendants. | Case Number: 1:06CV01033 <br><br> Judge: Rosemary M. Collyer |

**ORDER**

This Court having considered the motion of Jeffrey L. Squires to withdraw as the Defendants' counsel in this matter, to which Defendants have consented, and no trial date having been set, it is this ____ day of _____, 2007

ORDERED that the motion of Defendants' counsel be, and hereby is, granted; and it is further

ORDERED that Jeffrey L. Squires is no longer counsel of record for Defendants in this matter.

                                                        Rosemary M. Collyer
                                                        United States District Judge

Copies to:

Jeffrey L. Squires
Garvey Schubert Barer
1000 Potomac Street, N.W., Fifth Floor
Washington, DC 20007

Athan T. Tsimpedes, Esq.
1420 New York Avenue, N.W., Seventh Floor
Washington, DC 20005

John Morrison
Alyse Lucas Corcoran
1632 Ponce de Leon Avenue, NE
Atlanta, Georgia 30307