IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA | : |
| *Plaintiff,* | : |
| | : CASE NO.: 1:06CV01033 |
| v. | : |
| | : Judge: Rosemary M. Collyer |
| JOHN MORRISON, et. al. | : |
| *Defendants.* | : |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Steven VanGrack, Esquire, and VanGrack, Axelson, Williamowsky, Bender & Fishman, P.C., on behalf of the Defendants, JOHN MORRISON and ALYSE MORRISON (AKA ALYSE LUCAS CORCORAN) in the above captioned matter.

Respectfully submitted,

VAN GRACK, AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.

By: _/s/ Steven VanGrack_____

Steven VanGrack
D.C. Bar No.: 22339
401 N. Washington Street, Ste. 550
Rockville, Maryland 20850
(301) 738-7671

VANGRACK, AXELSON
WILLIAMOWSKY,
BENDER &
FISHMAN, P.C.
ATTORNEYS AT LAW
401 N. WASHINGTON ST.
SUITE 550
ROCKVILLE, MD 20850
(301) 738-7600

2300 M STREET, N.W.
SUITE 800
WASHINGTON, D.C.
20037

7799 LEESBURG PIKE
SUITE 900 N
FALLS CHURCH, VA 22043

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 10th day of April 2007, via first class mail, postage prepaid to:

The Honorable Rosemary M. Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

and

Jeffrey L. Squires, Esq.
Garvey Schubert Barer
1000 Potomac Street, N.W.
Fifth Floor
Washington, D.C. 20007

and

Athan T. Tsimpedes, Esq.
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, N.W., 7th Floor
Washington, D.C. 20005

_____
Steven VanGrack