UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALEX C. SILVA,                                  )<br>                                                        )<br>            Plaintiff,                            )<br>                                                        )<br>     v.                                               )    Civil Action No. 06-1033 (RMC)<br>                                                        )<br>JOHN MORRISON, *et al.*,                )<br>                                                        )<br>            Defendants.                      )<br>                                                        ) | |

**ORDER TO SHOW CAUSE**

Plaintiff filed a complaint in this matter on June 5, 2006. In response to Plaintiff's complaint, Defendants John and Alice Morrison filed their respective motions to dismiss. *See* Defendants' Motions to Dismiss [Dkt. #3, Dkt. #4]. This Court issued a Memorandum Opinion and Order [Dkt. #8] granting the motions to dismiss in part and denying the motions in part. *See* Memorandum Opinion at 5-6. The motions to dismiss were denied as to Count I and Counts III through VI. *See id.* at 6. The motions to dismiss were granted with regard to Count II (negligent/intentional misrepresentation) without prejudice. *Id.* The Court informed Plaintiff that he "may file an amended complaint no later than March 28, 2007, alleging misrepresentation with particularity as required by Federal Rule of Civil Procedure 9(b)." *Id.* No such amended complaint was filed. There has been no substantive activity in this matter since the Court's Memorandum Opinion on February 28, 2007.

Accordingly, it is hereby

**ORDERED** that, no later than **May 31, 2007**, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.


Date: May 14, 2007                              /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge