IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA | : |
| Plaintiff, | : |
| v | : Case No. 1:06CV01033 (RMC) |
| JOHN MORRISON, *et al.* | : |
| Defendant | : |

**CONSENT RESPONSE TO SHOW CAUSE ORDER DATED MAY 14, 2007.**

Pursuant to this Court's Show Cause Order dated May 14, 2007, Plaintiff submits this response with the consent of Defendants' counsel, for good cause and states that dismissal is not appropriate for failing to prosecute for the following, but not limited, reasons:

1.      This case centers around the relationship and services of Plaintiff with the Defendants' as it related to commercial property located in Washington, DC. Plaintiff has suffered severe financial hardship and seeks damages resulting from wok performed and the

2.      Plaintiff's discussed discovery with Opposing counsel, Jeffrey Squires who indicated that discovery does not begin until a scheduling order issues and that a motion for a protective order would be filed. Due to the fact that Defendants' motion to dismiss was pending there was an implicit agreement withhold discovery pending the outcome of

the motion to dismiss and to avoid running up the costs involved in this litigation. As a matter of fact, Mr. Squires requested and received from Plaintiff's counsel documents material to this action in order to facilitate settlement discussions.

3.  Immediately thereafter, Mr. Squires then filed a motion to withdraw his appearance, which this court granted. Current counsel, Steven VanGrak did not enter his appearance until April 10, 2007. Since that time, Defendants' counsel had contacted plaintiff's counsel to introduce himself and to discuss the case. Counsel for the parties have planned to meet and discuss settlement and to exchange documents as a form of discovery with the hope of discussing settlement. During that time, Counsel for Plaintiff has been involved in a Federal class action MDL out of Chicago, with depositions in Chicago during this time including May 30-31, 2007. As a result of Plaintiff's counsel's workload there has recently been limited time to engage in other matters.

4.  This Court issued an Order to Show Cause to Dismiss Plaintiff's complaint for failing to prosecute pursuant to LCR 83.23. The court based its Order on the fact Plaintiff did not seek to amend the complaint and that no substantive actions have been taken. Plaintiff would like an opportunity to amend the complaint to add the count for fraud/misrepresentation but realizes the time passed during at that time the then pending motion to withdraw as counsel filed by Jeffery Squires. To the extent this court may allow additional time under the circumstances it would be welcomed by Plaintiff. A 7 day period of time would only be required should this court allow additional time to plaintiff to amend its complaint regarding Count II for Negligent/Intentional Misrepresentation.

5. Plaintiff is submitting to Opposing counsel, simultaneously with this Response to this Court's Show Cause Order, written discovery consisting of, Requests for Admissions, Requests for Production of Documents and Plaintiff's first set of Interrogatories.

6. Additionally, Plaintiff's counsel has contacted Opposing counsel and will be scheduling depositions within 60 days or soon after receiving the discovery.

7. Defendants have not been prejudiced by any delay in prosecuting this matter because Defendants have asked to delay discovery and to enter into possible settlement discussion.

8. Defendants' counsel consents to Plaintiff's request that this matter not be dismissed for failing to prosecute. This matter should be placed back on the trial calendar.

9. Plaintiff apologizes to this court if the impression created was that plaintiff was not diligent in prosecuting its case. As this court knows, litigation is both timely and costly and should be avoided if settlement is possible.

10. As stated herein, Plaintiff has clearly demonstrated good cause for this court to place this matter back on the trial calendar and not dismiss the action for failure to prosecute.

WHEREFORE, Plaintiff having demonstrated good cause, respectfully request that this matter not be dismissed for failure to prosecute and place this matter back on the trial calendar.

Respectfully submitted,

By: _____/s/_____
Athan T. Tsimpedes, Esq.
Bar no. 452341
Law Offices of Athan T. Tsimpedes
7th Floor
1420 New York Avenue, NW
Washington. D.C. 20005
202-638-2100
*Counsel for Plaintiff.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2007 a copy of the foregoing Plaintiff's Response to this Court Order to Show Cause, was served by first class mail, postage prepaid upon:

Steven VanGrak, Esq.
VanGrak, Axelson, Williamowsky, Bender and Fishman
401 N. Washington Street
Suite 550
Rockville, MD 20850