IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA | : |
| Plaintiff, | : |
| v | : Case No. 1:06CV01033 (RMC) |
| JOHN MORRISON, *et al.* | : |
| Defendant | : |

ORDER

UPON CONSIDERATION of Plaintiff's Response', IT IS this _____, day of June, 2007, HEREBY GRANTED, and it is

ORDERED that Plaintiff has demonstrated good cause and its Complaint shall not be dismissed for failure to prosecute; and it is further

ORDERED that discovery shall commence immediately, and it is further

ORDERED that Plaintiff shall be provided 7 days for leave to amend the complaint regarding Count II for Negligent/Intentional Misrepresentation.

_____
JUDGE, U.S. DISTRICT COURT