**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ALEX C. SILVA** :
:
***Plaintiff,*** :
:
**v.** :
:
**JOHN MORRISON, et. al.** :
:
***Defendants.*** :

**CASE NO.: 1:06CV01033**

**Judge: Rosemary M. Collyer**

**<u>OPPOSITION TO CONSENT RESPONSE TO SHOW CAUSE ORDER DATED May 14, 2007</u>**

Defendants, JOHN MORRISON and ALYSE BAIER MORRISON, by counsel, Steven VanGrack, Esquire, pursuant to FRCP 59(e) Motion to Alter or Amend Judgment and FRCP 60(b) Relief from Judgment or Order and LCVR 83.23 Failure to Prosecute, request this Court to reconsider the Order entered on June 4, 2007, which discharges the May 14, 2007, Order to Show Cause.

The reason for this request is that the Consent Response to Show Cause Order Dated May 14, 2007 (hereinafter "Consent Response") is inaccurate. In support thereof, the following needs to be presented:

1. The introductory paragraph of the Plaintiff's Consent Response is not accurate where it provides that it has been submitted "with the consent of Defendant's counsel." The undersigned Defendant's counsel talked with Plaintiff's counsel and agreed to the facts that we have discussed in this matter and we agreed to meet.

VANGRACK, AXELSON
WILLIAMOWSKY,
BENDER &
FISHMAN, P.C.
ATTORNEYS AT LAW
401 N. WASHINGTON ST.
SUITE 550
ROCKVILLE, MD 20850
(301) 738-7600

2300 M STREET, N.W.
SUITE 800
WASHINGTON, D.C.
20037

7799 LEESBURG PIKE
SUITE 900 N
FALLS CHURCH, VA 22043

2. Paragraph 5 of the Consent Response provides that, "Plaintiff is submitting...simultaneously with this Response...written discovery..." To date, there has been no written discovery received by Defendant's counsel.

3. Paragraph 6 of the Consent Response provides that, "Plaintiff's counsel...will be scheduling depositions within 60 days or soon after receiving the discovery." To date, there has been no scheduling of depositions.

4. Paragraph 8 of the Consent Response provides that, "Defendant's counsel consents to Plaintiff's request that this matter not be dismissed for failure to prosecute." This is not accurate. Defendants' counsel opposes Plaintiff's Request.

5. Paragraph 7 of the Consent Response provides that, "Defendant's have not been prejudiced by any delay...because Defendant's have asked...to enter into possible settlement discussion." On June 4, 2007 Plaintiff's counsel met with Defendant's counsel to review the documents obtained to date in this matter. Plaintiff's counsel was only able to provide one receipt for a total expenditure of $2,030.00. No other receipts whatsoever were provided.

6. Defendant's counsel does not believe that Plaintiff has clearly demonstrated good cause.

WHEREFORE, Defendant's JOHN MORRISON and ALYSE BAIER MORRISON respectfully request this matter be dismissed for failure to prosecute.

Respectfully submitted,

Steven VanGrack
D.C. Bar No.: 22339
401 N. Washington Street, Ste. 550
Rockville, Maryland 20850
(301) 738-7671

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June 2007, the foregoing was electronically filed and also mailed via first class mail, postage prepaid to:

The Honorable Rosemary M. Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

and

Athan T. Tsimpedes, Esq.
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, N.W., 7th Floor
Washington, D.C. 20005

Steven VanGrack

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALEX C. SILVA** | : | |
| | : | |
| ***Plaintiff,*** | : | |
| | : | **CASE NO.: 1:06CV01033** |
| v. | : | |
| | : | **Judge: Rosemary M. Collyer** |
| **JOHN MORRISON, et. al.** | : | |
| | : | |
| ***Defendants.*** | : | |

**ORDER**

UPON CONSIDERATION of Defendant's Opposition to Consent Response to Show Cause Order Dated May 14, 2007,

It is this _________ day of June, 2007, Ordered that Plaintiff's case is dismissed for failure to prosecute.

_______________________________
Judge Rosemary M. Collyer