IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA : | |
| : | |
| Plaintiff, : | |
| : | |
| : | |
| v : | Case No. 1:06CV01033 (RMC) |
| : | |
| JOHN MORRISON, *et al.* : | |
| : | |
| Defendant : | |

RESPONSE TO DEFENDANTS' OPPOSITION TO CONSENT RESPONSE TO SHOW CAUSE ORDER DATED MAY 14, 2007.

Plaintiff, Alex C. Silva, pursuant to the Federal Rules of Civil Procedure, submits this Response to Defendants' Opposition to Consent Response To Show Cause Order Dated May 14, 2007, and states as follows:

1.  Plaintiff's counsel had communication with Defendants' counsel in which the Response to the Order to Show Cause was discussed.

2.  Specifically discussed was the "consent" to file a response that included the facts and circumstances between counsel regarding this matter that was included in the Response filed by Plaintiff. (See attached. Affid.)

3.  As a matter of fact, Opposing counsel, even provided plaintiff's counsel advice to "include discovery language " in the Response. (Id.)

4.  On June, 5, 2007, Plaintiff's counsel went to meet with Opposing counsel, at his office, where Defendants' counsel was to provide documents to plaintiff counsel.

Plaintiff's counsel was allowed to see a couple of pages of defendants' documents. No documents were provided to Plaintiff's counsel for his records. Defendant's counsel stated "there are other documents that he will not show" now. This was quite odd as it seemed to run contrary to our understanding. Defendant's counsel then stated that based on what was shown Plaintiff has no credibility and should dismiss his case.. (Id.)

5. What is most shocking is that Defendant's counsel does not even mention that the defendants are in default for failing to file an answer in this matter. Plaintiff's counsel is attempting to be professional under the circumstances but has been attacked unfairly in this matter. (Id.)

6. Defendant's counsel never raised the issue of "not receiving discovery" when Plaintiff's counsel was in Defendant's counsel's office on June 5, 2007. The only issue raised was that he believed he did not give consent for the title to be captioned "Consent" Response to Show Cause Order Dated May 14, 2007. (Id.)

7. Defendants' attempt to argue merits of the case in its Opposition is equally inappropriate. Defendants' submission as an opposition is incorrectly captioned when it clearly is moot, but offers FRCP 59(e) and 60(b) for relief. Under the circumstances, Defendants' document should be captioned as a motion, unless it did not intend to file one, in which case the matter is moot.

8. This court has demonstrated its belief in the merits as it denied defendants' motion to dismiss. Plaintiff's counsel has no idea why Defendant's counsel would be discussing merits at this time, without proper motions being filed,

       especially when Plaintiff's counsel would not provide documents to Plaintiff's counsel in order to discuss settlement as previously agreed.

9. During the discussion amongst counsel regarding the Response to the Order to Show Cause, Defendant's counsel did not allege he would file an opposition or even contemplated but quite the contrary gave his recommendation of language (that "discovery is being conducted") to be included in the contents of the Response "so that it would be granted by the court". It makes no sense on one hand to provide input on a Response then file an Opposition. (See Aff. of Athan Tsimpedes).

10. It would make no difference if the caption title of the document included the word "Consent" or not, because the contents were consented to, at least that was Plaintiff's counsel's belief based on his communication with Defendants' counsel.

11. To the extent, Plaintiff's counsel has been mistaken in his belief it has been assisted by the Defendants' counsel, current and previous, in this matter.

12. There has been no unfair prejudice towards Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court deny the Opposition filed by Defendants' in this matter.

**CERTIFICATE OF SERVICE**

I hereby certify that on his 6th day of June , 2007, a filed and correct copy of the foregoing document was sent by U.S. mail, first class, postage prepaid, and electronic mail on:

Steven VanGrack
401 N. Washington Street
Suite 550
Rockville, MD 20850

_____/s/_____
Athan T. Tsimpedes