IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEX C. SILVA                                :
                                             :
    Plaintiff,                               :
                                             :
                                             :
v                                            :   Case No. 1:06CV01033 (RMC)
                                             :
JOHN MORRISON, et al.                        :
                                             :
    Defendant                                :
_____              :

AFFIDAVIT

1. I am over the age of eighteen.
2. I am an attorney with offices located in the District of Columbia located at 1420 New York Avenue, NW 7th Floor Washington, DC 20005.
3. I am a member in good standing of the bars of the District of Columbia, Maryland and the State of New Jersey.
4. I had communication with opposing counsel in which the Response to the Order to Show Cause was discussed.
5. Specifically, requested was the "consent" to file a response that included the facts and circumstances in this matter.
6. As a matter of fact, Defendants' counsel, even provided plaintiff's counsel advice to "include discovery" in the Response so that it would be granted by the court.
7. On June, 4, 2007, Plaintiff's counsel did meet with Defendants' counsel, at his office, where he was to provide documents to plaintiff. Plaintiff's counsel was allowed to see a couple of pages. No documents were provided to Plaintiff. Defendant's counsel stated "there are other documents that he will not show" until discovery begins. Defendant's counsel then stated that based on what was shown Plaintiff has no credibility and should dismiss his case.
8. What is most shocking is that Defendant's counsel does not even mention that the defendants are in default for failing to file an answer in this matter. Plaintiff's counsel is attempting to be professional under the circumstances but has been attacked unfairly.
9. Defendant's counsel never raised the issue of not receiving discovery

when I was in his office as he would had included it in his response.

10. Defendants' attempt to argue some merits of the case in its Opposition is equally inappropriate. This court has demonstrated its belief in the merits as it denied defendants' motion to dismiss. Plaintiff's counsel has no idea why Defendant's counsel would be discussing merits at this time, especially when Plaintiff's counsel would not provide and has not provided documents to Plaintiff's counsel which he said he would in order to discuss settlement.

11. During the discussion amongst counsel regarding the Response to the Order to Show Cause, Defendant's counsel did not allege he will file an opposition but quite the contrary gave his recommendation of language (that "discovery is being conducted") to be included in the Response so that it would be granted by the court. It makes no sense to provide input on a Response then file an Opposition.

12. It would make no difference if the caption title of the document included the word "Consent" or not, because the contents were consented to, at least that was Plaintiff's counsel's belief based on his communication with Defendants' counsel.

I, Athan T. Tsimpedes, affiant, swear under penalty of perjury that the foregoing statements contained in this affidavit are true and correct based on my personal knowledge

_____
Athan T. Tsimpedes

Dated: June 6, 2007