IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX C. SILVA : | |
| : | |
| Plaintiff, : | |
| : | |
| : | |
| v : | Case No. 1:06CV01033 (RMC) |
| : | |
| JOHN MORRISON, *et al.* : | |
| : | |
| Defendant : | |
| _____: | |

ORDER

UPON CONSIDERATION of Defendants' Opposition and Plaintiff's Response, and all the documents in this matter, it is this _____, of June, 2007 hereby

OREDERED, that Defendants" Opposition to Consent Response to Show Cause Order Dated May 14, 2007 is hereby denied in its entirety;  it is further

ORDERED this Court's Order issued on June 4, 2007 remains in full force and effect.


_____
JUDGE,  U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA