IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEX C. SILVA | : | |
| Plaintiff, | : | |
| v | : | Case No. 1:06CV01033 (RMC) |
| JOHN MORRISON, *et al.* | : | |
| Defendant | : | |

CONSENT MOTION AND ORDER FOR CONTINUANCE OF STATUS HEARING SET FOR JUNE 22, 2007.

Plaintiff, Alex C. Silva, ("Silva") by and through undersigned counsel, Pursuant to the Federal Rules of Civil Procedure, with the consent of Defendant, hereby respectfully moves this court to continue the hearing set for June 22, 2007. In support Plaintiff states:

1. A scheduling conflict arose from the notice setting a Status Conference in this matter on June 22, 2007 at 11:45 am with Plaintiff's counsel's preplanned vacation. Approximately four months ago, Plaintiff's counsel planned a family trip (school concluded on June 14, 2007 for his children) to Rehoboth Beach, Delaware starting June 16, 2007 until the evening of June 23, 2007.

2. Just prior to Plaintiff's counsel's family vacation departure, this court sent out a notice scheduling a Status Conference for June 22, 2007 at 11:45 am. Plaintiff's counsel would like to attend the Status Conference but doing so would create an undue burden upon his family that would require terminating the family trip before its time.

3. Plaintiff's counsel seeks a very short continuance in order to balance his responsibilities. Plaintiff's counsel is available any day during the week of June 25th. However,

Plaintiff's counsel will make arrangements to appear at the scheduled Status Conference if needed.

    4.    Counsel for Plaintiff represents that counsel for Defendants', Steven VanGrack consents to this continuance and authorizes such a representation to this Court. As a matter of fact, Defendants' counsel provided his available dates to reschedule the Status Conference for the following week, if this court elects, which dates are June 26, 28 or 29.

    5.    The continuance requested is very short in duration to allow Plaintiff's counsel to return from his vacation, and for good cause shown.

WHEREFORE, the Plaintiff, with the consent of the Defendant, request the Status Conference set for June 22, 2007 be cancelled and reset for any of these days June 26, 28 or 29 or any date chosen by this court; and

Respectfully submitted,

By:    _____/s/_____    Dated: June 17, 2007
    Athan T. Tsimpedes, Esq.
    Law Offices of Athan T. Tsimpedes
    7th Floor
    1420 New York Avenue, NW
    Washington. D.C. 20005
    202-638-2100
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on his 17$^h$ day of June 2007, a filed and correct copy of the foregoing document was  sent by U.S. mail, first class, postage prepaid,  and electronic mail on:

Steven VanGrack
VanGrack, Axelson, Williamowsky, Bender & Fishman, P.C
401 N. Washington Street
Suite 550
Rockville, MD 20850
 *Counsel for Defendants*

_____/s/_____
Athan T. Tsimpedes