IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEX C. SILVA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v | : | Case No. 1:06CV01033 (RMC) |
| | : | |
| JOHN MORRISON, *et al.* | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

ORDER

UPON CONSIDERATION of the Consent Motion for Continuance, IT IS this _____, day of June, 2007, HEREBY GRANTED, and it is

**ORDERED** that the Status Conference in this matter scheduled for June 22, 2007 at 11:45 a.m. is continued for good cause and is rescheduled for _____, 2007 at _____ am/pm.

_____
JUDGE, U.S. DISTRICT COURT