IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ALEX C. SILVA            :
                         :
    *Plaintiff,*         :
                         :    CASE NO.: 1:06CV01033
v.                       :
                         :    Judge: Rosemary M. Collyer
JOHN MORRISON, et. al.   :
                         :
    *Defendants.*        :

## LINE OF DISMISSAL

CLERK OF THE COURT

Please mark the above-captioned case as settled and dismissed **with prejudice**.

Thank you.

Respectfully submitted,

**VANGRACK, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C.**

By: ___/s/___
Athan T. Tsimpedes
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, N.W., 7th Floor
Washington, D.C. 20005
Attorney for Plaintiff

By: ___/s/___
Steven VanGrack, Esq.
401 N. Washington Street, Suite 550
Rockville, MD 20850
(301) 738-7671
Attorney for Defendants

VANGRACK, AXELSON
WILLIAMOWSKY,
BENDER &
FISHMAN, P.C.
ATTORNEYS AT LAW
01 N. WASHINGTON ST.
SUITE 550
ROCKVILLE, MD 20850
(301) 738-7600

2300 M STREET, N.W.
SUITE 800
WASHINGTON, D.C.
20037

7799 LEESBURG PIKE
SUITE 900 N
LLS CHURCH, VA 22043